UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

———————————————————————————

| | |
|---|---|
| BRANDYWINE HEIGHTS AREA SCHOOL DISTRICT, | : : : |
| Plaintiff, | : |
| v. | :    No. 5:14-cv-06624 |
| | : |
| B.M., *by and through his parents, B.M. and J.M.*; and B.M. and J.M., *in their own right*, | : : |
| | : |
| Defendants. | : |

———————————————————————————

## O R D E R

And now, this 28th day of March, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Administrative Record, ECF No. 25, and Defendants' Motion for Judgment on the Supplemented Administrative Record, ECF No. 26, are each **GRANTED IN PART** and **DENIED IN PART**.

2. Judgment is entered in Defendants' favor for an award of compensatory education in the amount of 6.5 hours for each school day that Plaintiff B.M.'s school was in session from August 26, 2012, to February 1, 2013.

3. In all other respects, Defendants' Motion is **DENIED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge